# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY DENNIS SCOTT,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71363

FILED

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction for a gross misdemeanor battery on a police officer. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

The judgment of conviction was entered on August 9, 2016. However, the notice of appeal was not filed until September 9, 2016, one day after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant has responded and concedes that the notice of appeal was untimely filed. Accordingly, we

ORDER this appeal DISMISSED.

_____, C J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-36545

cc: Hon. Kimberly A. Wanker, District Judge
Harry R. Gensler
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

